**Order filed May 13, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00967-CV

_____

### ROSE GIPSON-JELKS, Appellant

### V.

### MAE K. GIPSON, Appellee

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2012-48688**

# O R D E R

Appellant's brief was due April 23, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with the clerk of this court on or before **May 30, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM